IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20–CV–184–BR

| WENDY DALE, | ) | |
|---|---|---|
| Appellant, | ) | |
| v. | ) | ORDER |
| ALGERNON L. BUTLER, III, | ) | |
| Appellee. | ) | |

This matter is before the court on appellee's motion to establish a schedule and procedure for filing briefs. (DE # 34.) According to the motion, appellant consents except as to two minor issues. (See Mot., Ex. A, DE # 34-1.) Appellant informed the Clerk's office by email that she does not intend to file a response. For good cause shown, the motion is ALLOWED. It is ORDERED that:

1. Appellant's brief, (DE # 32), is deemed to be her principal opening brief as to all appeals consolidated in this proceeding and no other opening brief is allowed;

2. Appellee shall file its brief within 30 days after the entry of this order; and

3. The parties are permitted to exceed Fed. R. Bank. P. 8015(a)(7)(B)'s type-volume limitation of 13,000 words as to their principal briefs by 2,605 words.

This 24 February 2021.

W. Earl Britt
Senior U.S. District Judge